IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELENA FLYTHE,<br><br>                         Plaintiff,<br><br>   v.<br><br>SOLOMON AND STRAUSS, LLC;<br>JOHN DOE, a/k/a INVESTIGATOR<br>BROWN,<br><br>                       Defendants. | Civil Action<br>No. 09-6120 |

## **ORDER**

**AND NOW**, this 7th day of June, 2011, upon consideration of plaintiff's Motion to Enter Judgment by Default, for the reasons set forth in the accompanying opinion, it is **ORDERED** that:

1. Within 14 days, Plaintiff is directed to show cause why defendant John Doe, a/k/a Investigator Brown, was not properly served, or he will be dismissed from this case;

2. Plaintiff's motion for entry of default judgment is granted with respect to defendant Solomon and Strauss, LLC; and

3. Damages will be awarded in an amount to be determined at an evidentiary hearing to be scheduled at a later date.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.